**Maurice Bernard STEWART, Jr., Plaintiff—Appellant,**

v.

**Miss LEAK, Employee of (Cantine) Private Food Contractor in Her Official and Personal Capacity; Mary Ann Saar, Secretary of State; William W. Sondervan, Commissioner of Corrections; Sewall Smith, Warden; Tyrone Crowder, Captain; Simon Wainwright, Chief of Security; Long, Major; Presbury, Captain; Donna Hanson, Captain; Wilson, Lt.; Wise, Captain; Lawson, Lt.; Nelson, Lt.; Woodrum, Lt.; Strike, Captain; McFarland, Lt.; Parris Davis, Lt.; Carter, Lt.; Jefferson, Lt.; Holmes, Lt.; Peay, Lt.; Stewart, Lt.; Owens, Lt., Defendants—Appellees.**

No. 04–6240.

United States Court of Appeals, Fourth Circuit.

Submitted June 10, 2004.

Decided June 17, 2004.

Maurice Bernard Stewart, Jr., Appellant pro se. David Phelps Kennedy, Office of the Attorney General of Maryland, Baltimore, Maryland, for Appellees.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

*UNPUBLISHED*

PER CURIAM.

Maurice Bernard Stewart, Jr., appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Stewart v. Leak*, No. CA–03–1686–JFM–1 (D.Md. Jan. 14, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*